**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony Steven JESSUP, Defendant–**
**Appellant.**

**No. 01–50666.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

MEMORANDUM **

Tony Steven Jessup appeals the sentence imposed upon revocation of his term of supervised release. We have jurisdic-

tion pursuant to 28 U.S.C. § 1291, and we affirm.

Jessup contends that 18 U.S.C. § 3583, which authorizes imposition of a term of supervised release upon revocation of a prior term of supervised release, is unconstitutional as applied under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2001). This contention is foreclosed by our decision in *United States v. Liero,* 298 F.3d 1175, 1178 (9th Cir. 2002).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

